CAROLYN J. POMARICO *v.* GARY CONSTRUCTION, INC.
(5583)

BIELUCH, O'CONNELL and STOUGHTON, Js.
Argued March 16—decision released March 30, 1988

*Sid M. Miller,* for the appellant (plaintiff).

*William T. Shea,* with whom, on the brief, was *Michael T. Landino,* for the appellee (defendant).

PER CURIAM. There is no error.